GULF OIL CORPORATION v. DIRECTOR,
DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 201)